UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROY LEE GLASPER, | ) | NO. CV-11-46-JPH |
| | ) | |
| | ) | ORDER ADOPTING REPORT |
| Petitioner, | ) | AND RECOMMENDATION TO |
| | ) | DENY WRIT OF HABEAS CORPUS |
| vs. | ) | |
| | ) | |
| MAGGIE MILLER-STOUT, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**BEFORE THE COURT** for resolution is the magistrate judge's Report and Recommendation entered on August 25, 2011 **(ECF No. 16)**, recommending the Petition for a Writ of Habeas Corpus be **(ECF No. 1, 3)** be **denied**. The deadline has passed and no objections have been filed.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS HEREBY ORDERED**

1. The Report and Recommendation **(ECF No. 16)** to deny the Petition for a Writ of Habeas Corpus is **ADOPTED in its entirety**.

2. The Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to the parties, and close the file.

DATED this 9th day of September, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

-1-